IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON STEPHENS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>INSURANCE COMPANY OF )<br>NORTH AMERICA )<br>)<br>Defendant ) | CIVIL ACTION FILE NUMBER<br><br>3:13-CV-0085-TCB |

## STIPULATION OF DISMISSAL

Now come plaintiff SHARON STEPHENS and defendant INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear her/its own costs and expenses of litigation.

This 25th day of July, 2013.

[*signatures on following page*]

| | |
|---|---|
| s/ *Heather K. Karrh* | s/ *Elizabeth J. Bondurant* |
| Heather K. Karrh | Elizabeth J. Bondurant |
| Georgia Bar No. 408379 | Georgia Bar No. 066690 |
| | s/ *Nikole M. Crow* |
| | Nikole M. Crow |
| | Georgia Bar No. 198359 |
| Attorney for Plaintiff | Attorneys for Defendant |
| ROGERS, HOFRICHTER & KARRH, P.C. | SMITH MOORE LEATHERWOOD LLP |
| 225 S. Glynn Street, Suite A | 2300 Atlantic Center Plaza |
| Fayetteville, Georgia 30214 | 1180 West Peachtree Street |
| (770) 460-1118 (telephone) | Atlanta, Georgia 30309 |
| (770) 460-0920 (facsimile) | (404) 962-1000 (telephone) |
| mhofrichter@rhkpc.com | (404) 962-1200 (facsimile) |
| hkarrh@rhkpc.com | lisa.bondurant@smithmoorelaw.com |
| | nikole.crow@smithmoorelaw.com |